■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE AVILES, Also Known as JOSE SOTO, Also Known as JOHN SOTO, Appellant.— Appeal by defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County, both imposed November 24, 1976, upon convictions of robbery in the first degree and criminal possession of a dangerous weapon in the third degree, respectively, upon pleas of guilty, and sentencing him to indeterminate prison terms not to exceed 7 years on the possession conviction and not to exceed 15 years on the robbery conviction, with both sentences to run concurrently. Sentences modified, as a matter of discretion in the interest of justice, by reducing the respective maximum terms to 10 years on the robbery conviction and 5 years on the possession conviction. As so modified, sentences affirmed. The sentences were excessive to the extent indicated herein. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BOLOGNA, Appellant.—The defendant purports to appeal from certain proceedings conducted in the Supreme Court, Westchester County, on March 15, 1979. Purported appeal dismissed. The sentence allegedly imposed on March 15, 1979 was actually imposed September 5, 1978, upon the revocation of a previously imposed sentence of probation. Any issue as to excessiveness should have been raised on the appeal from the amended judgment, rendered September 5, 1978 and subsequently affirmed by this court (see *People v Bologna,* 67 AD2d 1004). Any claim with respect to jail credit should be made in a CPLR article 78 proceeding. Cohalan, J. P., Margett, Martuscello and Mangano, JJ., concur.